

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

AIMEE K. LULICH
Assistant Corporation Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

April 5, 2016

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Nathaniel Colter v. City of N.Y., et. al.</u>,
15-CV-3214 (ENV) (SMG)

Your Honor:

    I am the Assistant Corporation Counsel assigned to represent defendants City of New York and Officers Nelson Reyes, Laurence Laverty, and Daniel Perrino in the above-referenced matter. I write, pursuant to the Court's Order dated March 7, 2016, to update the Court on the parties' progress toward completion of discovery. The three defendant officers are expected to be deposed during the week of April 25, 2016. The parties anticipate that discovery will be completed by the current deadline of May 2, 2016.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/S
Aimee K. Lulich
Assistant Corporation Counsel

cc: Afsaan Saleem, Esq. (By ECF)
The Rameau Law Firm
*Attorneys for Plaintiff*