

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**AIMEE K. LULICH**
Assistant Corporation Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

June 1, 2016

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Nathaniel Colter v. City of N.Y., et. al.</u>,
     15-CV-3214 (ENV) (SMG)

Your Honor:

  I am the Assistant Corporation Counsel assigned to represent defendants City of New York, Officers Nelson Reyes and Laurence Laverty, and Sergeant Daniel Perrino in the above-referenced matter.  Pursuant to Your Honor's Order dated May 23, 2016, the parties write jointly to update the Court on the status of this matter and to propose a schedule for filing the Joint Pre-Trial Order.

  As Your Honor may recall, a telephone conference was held on May 23rd following the close of discovery.  The parties were directed to determine whether a summary judgment motion would be necessary, and to set forth a proposed briefing schedule, or, in the alternative, a schedule for completion of the JPTO.

  Plaintiff has agreed to withdraw all claims against the City of New York and Sergeant Daniel Perrino, and to withdraw the claims of false arrest, malicious prosecution, assault and battery, and failure to intervene against Officers Nelson Reyes and Laurence Laverty.   This leaves the claim of excessive force against Officers Nelson Reyes and Laurence Laverty to be tried.  A Stipulation of Voluntary Dismissal is being filed.

  The parties have agreed upon the following schedule for drafting and filing the JPTO:

- Plaintiff's draft to defendants on July 11, 2016;

- Defendants' draft to plaintiff on July 25, 2016; and,

- JPTO to be filed on August 1, 2016.

I thank the Court for its consideration of this request.

                          Respectfully submitted,

                          /S
                          Aimee K. Lulich
                          Assistant Corporation Counsel

**cc:** Afsaan Saleem, Esq. (By Email & ECF)
      The Rameau Law Firm
      *Attorneys for Plaintiff*