UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NATHANIEL COLTER,

                        Plaintiff,          **PLAINTIFF'S STATEMENT ON DAMAGES**

        -against-

Police Officer NELSON REYES SHIELD # 27566,    15 CV 3214 (ENV)(SMG)
Police Officer LAURENCE LAVERTY Shield # 26559,

                        Defendants.

------------------------------------------------------------x

        Plaintiff Nathaniel Colter respectfully submits that the following statement of his damages. Plaintiff will be seeking compensatory and punitive damages against all the individually named defendants for their direct participation or for their failure to intervene during the violation of plaintiff's rights—namely, the use of excessive force. If the plaintiff prevails at trial, he will also seek attorneys' fees and costs.


DATED:    January 26, 2017
             Brooklyn, New York


                                                  Amy Rameau, Esq.

                                                The Rameau Law Firm
                                                Attorney for Plaintiffs
                                                16 Court Street Suite 2504
                                                Brooklyn, New York 11241
                                                (718) 852-4759
                                                rameaulawny@gmail.com