

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA J. LAX
Senior Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

July 6, 2017

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Nathaniel Colter v. Nelson Reyes, et. al., 15 CV 3214 (ENV) (SMG)

Your Honor:

    I am a Senior Counsel in the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants Nelson Reyes and Laurence Laverty. I write to supplement my previous submission this day to note that plaintiff's counsel does not consent to defendants' application to amend the Joint Pretrial Order.

    Defendants thank the Court for its attention to this matter.

                Respectfully submitted,

                 /s/

                 Joshua J. Lax
                 Senior Counsel

cc: By ECF
   Amy Rameau, Esq.